## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert J. Antonacci II<br>          Nicole L. Antonacci<br>                              Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>                    Movant<br>          vs. | NO. 17-15398 REF |
| Robert J. Antonacci II<br>Nicole L. Antonacci<br>                              Debtor(s)<br><br>William Miller*R<br>                              Trustee | 11 U.S.C. Section 362 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 830 Browns Drive, Easton, PA 18042 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: October 26, 2018**

United States Bankruptcy Judge.