United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15398-ref
Robert J. Antonacci, II                                               Chapter 13
Nicole L. Antonacci
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2                 Date Rcvd: Oct 25, 2018
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db/jdb         +Robert J. Antonacci, II,   Nicole L. Antonacci,   830 Browns Drive,   Easton, PA 18042-9454
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14020662        CACH, LLC its successors and assigns as assignee,   of Capital One, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14195491       +Ditech Financial LLC,   c/o KML Law Group, P.C.,   710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
13964852       +IC Systems, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
13964851       +IC Systems, Inc,   Attention: Bankruptcy,   Po Box 64378,   St Paul, MN 55164-0378
13964854       +Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
13964853       +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
13964858        Square One Financial/Cach Llc,   Po Box 5980,   Denver, CO 80127
13964859        Square One Financial/Cach Llc,   C/o Resurgent Capital Services,   Greenville, SC 29603
13972504       +TD Auto Finance LLC,   Martin A. Mooney, Esq.,   950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2190
14004554       +TD Auto Finance LLC,   Martin Mooney, Esq.,   950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2190
13972503       +TD Auto Finance LLC,   c/o Schiller, Knapp, Lefkowitz,  & Hertzel, LLP,
                 950 New Loudon Road, Suite 109,   Latham, NY 12110-2190
13964860       +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:19      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13964844        E-mail/Text: ebn@americollect.com Oct 26 2018 02:37:38      Americollect Inc,
                 1851 S Alverno Road,   Manitowoc, WI 54221
13964843        E-mail/Text: ebn@americollect.com Oct 26 2018 02:37:38      Americollect Inc,   Po Box 1566,
                 1851 S Alverno Rd,   Manitowoc, WI 54221
13964846       +E-mail/Text: ACF-EBN@acf-inc.com Oct 26 2018 02:37:08      Atlantoc Credit & Finance,
                 P O Box 13386,   Roanoke, VA 24033-3386
13964845       +E-mail/Text: ACF-EBN@acf-inc.com Oct 26 2018 02:37:08      Atlantoc Credit & Finance,
                 3353 Orange Ave,   Roanoke, VA 24012-6335
13964847       +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:37:37      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
13964848       +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:37:37      Dept Of Ed/582/nelnet,
                 121 S 13th St,   Lincoln, NE 68508-1904
13964850       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:37:12      Ditech,   Po Box 6172,
                 Rapid City, SD 57709-6172
13964849       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:37:12      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
13995054        E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2018 02:37:12      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
14034074       +E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 02:37:11      Internal Revenue Service,
                 P O BOX 7346,   Philadelphia PA 19101-7346
14003799        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2018 02:39:27
                 LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13964855       +E-mail/Text: Bankruptcies@nragroup.com Oct 26 2018 02:38:08      National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
13964857        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:38
                 Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14045556        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:51
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
14003570       +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:37:37
                 US Department of Education co Nelnet,   121 SOUTH 13TH STREET SUITE 201,
                 LINCOLN, NE 68508-1911
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13964856      People 1st Fcu
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Oct 25, 2018
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              MARTIN A. MOONEY    on behalf of Creditor   TD Auto Finance LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              PAUL H. YOUNG    on behalf of Joint Debtor Nicole L. Antonacci support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Robert J. Antonacci, II support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

ROBERT J   ANTONACCI II
NICOLE L.   ANTONACCI

                                                : Bankruptcy No. 17-15398REF
        Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 25, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM PA 19020-4366

ROBERT J   ANTONACCI II
NICOLE L.   ANTONACCI
830 BROWNS DRIVE
EASTON,PA.18042